**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Duracell U.S. Operations, Inc.
                              Plaintiff,

v.                                          Case No.: 1:17–cv–07354
                                                        Honorable Gary Feinerman

Chicago Import, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 7, 2018:

      MINUTE entry before the Honorable Gary Feinerman: Status hearing held and continued to 4/9/2018 at 9:00 a.m. Defendant Price Master's motion to dismiss [31] is entered and continued; Plaintiff's response due by 3/7/2018; reply due by 3/21/20818. MIDP disclosures as to Defendants Central Supply Inc and Z. Reiss & Associates shall be served by 4/16/2018. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.